UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY CALIHAN,<br><br>    Plaintiff,<br><br>  v.<br><br>JERRY BROWN, et al.,<br><br>    Defendants. | No. 2:13-cv-1656 GEB AC P<br><br><br>FINDINGS AND RECOMMENDATIONS |

    By order entered August 20, 2013 plaintiff was directed to file a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court along with a certified copy of his prison trust account statement within thirty days, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed the in forma pauperis affidavit or the prison trust account statement.

    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1   "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
2   objections shall be filed and served within fourteen days after service of the objections.  The
3   parties are advised that failure to file objections within the specified time may waive the right to
4   appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

5   DATED: November 6, 2013

```
                                         /s/ Allison Claire
                                         _____
                                         ALLISON CLAIRE
                                         UNITED STATES MAGISTRATE JUDGE
```

2